The BANK OF NEW YORK MELLON f/k/a Bank of New York, as Trustee for the Certificate Holders of CWALT, Inc. Alternative Loan Trust 2005–86CB, Mortgage Pass–Through Certificates Series 2005–86CB, c/o Bank of American N.A., Respondent

v.

### Dorothy HARTMAN, Petitioner.

Supreme Court of Pennsylvania.

June 15, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of June, 2016, the Petition for Allowance of Appeal and Motion to Expedite Allowance of Appeal are **DENIED.**